**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | MDL No. 2371<br><br>Master Docket No. 12 C 6286<br><br>Regarding: Case No. 13 C 00339<br><br>Unified Messaging Solutions, LLC v. FriendFinder Networks Inc. and Various, Inc.<br><br>District Judge Joan H. Lefkow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that counsel for Defendants FriendFinder Networks, Inc., and Counterclaim-Plaintiff Various Inc., will appear before the Honorable Joan H. Lefkow on Wednesday, May 23, 2013 at 8:30 am in Courtroom 1925 located at 219 S. Dearborn, Chicago, Illinois 60604 to present the Unopposed Motion to Withdraw as Counsel of Record and Terminate ECF Notifications for Elysa Q. Wan, a copy of which has been served upon you.

Dated: May 17, 2013

/s/ Elysa Q. Wan
Elysa Q. Wan
wane@gtlaw.com
GREENBERG TRAURIG
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
312-456-8400

*Attorney for Defendant and Counterclaim-Plaintiff Various, Inc.*

CHI 63648106v1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to consented to electronic service and being served with a copy of this document via the Court's CM/ECF system on May 17, 2013.

                                          GREENBERG TRAURIG, LLP

                                          By:  /s/ Elysa Q. Wan